UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH IUSO,<br><br>    Plaintiff,<br><br>  v.<br><br>SNAP, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-04806-VC<br><br>**ORDER GRANTING UNOPPOSED<br>MOTION TO TRANSFER**<br><br>Re: Dkt. No. 14 |

In light of the similar cases pending in the Central District of California and the parties' agreement that transfer is appropriate, the Snap defendants' motion to transfer venue to the Central District of California (Western Division – Los Angeles) is granted. *See* 28 U.S.C. § 1404(a), Dkt. Nos. 21, 22. The Court makes no ruling on the pending motion to remand, and the hearing on that motion is vacated. *See Core Litig. Tr. ex rel. Kravitz v. Apollo Glob. Mgmt., LLC*, No. 2:17-CV-00927, 2017 WL 3045919, at *3 (C.D. Cal. Apr. 5, 2017); *Duong v. ITT Educ. Servs., Inc.*, No. C 14-2653, 2014 WL 3772829, at *5 (N.D. Cal. July 31, 2014).

The Clerk of Court shall transfer this case to the Central District of California.

  **IT IS SO ORDERED.**

Dated: September 27, 2017

VINCE CHHABRIA
United States District Judge